**Robert McKISSICK, Petitioner–Appellant,**

v.

**UNITED STATES PAROLE COMMISSION, Respondent–Appellee.**

No. 03–6468.

United States Court of Appeals, Fourth Circuit.

Submitted June 19, 2003.

Decided June 25, 2003.

Robert McKissick, Appellant Pro Se. Michael Lee Keller, Office of the United States Attorney, Charleston, West Virginia, for Appellee.

Before NIEMEYER, KING and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Robert McKissick, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have independently reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See McKissick v. United States Parole Comm'n*, No. CA–01–825 (S.D.W.Va. Mar. 11, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*